# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

158098(28)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158098
COA: 343551
Wayne CC: 86-006219-FC;
86-006250-FH

ERIC MIGUEL DOWDY,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's October 11, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



a0127

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020



Clerk